IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| GABRIEL V. FRITZ,[1]<br><br>    Defendant Below,<br>    Appellant,<br><br>    v.<br><br>STATE OF DELAWARE,<br><br>    Plaintiff Below,<br>    Appellee. | § <br> § No. 125, 2017 <br> § <br> § Court Below—Superior Court <br> § of the State of Delaware <br> § <br> § Cr. ID No. 1502012186 (K) <br> § <br> § <br> § <br> § |

Submitted: July 3, 2017
Decided: July 13, 2017

## **ORDER**

This 13th day of July 2017, it appears to the Court that, on June 7, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter by May 22, 2017 and his failure to file a completed motion to proceed *in forma pauperis* or to pay the filing fee. The appellant failed to claim the notice to show cause sent by certified mail. The appellant also failed to respond to the notice to show cause sent by first class mail. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*Collins J. Seitz, Jr.*
Justice